■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER ZAYDMAN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kramer, J.), rendered February 3, 1987, convicting him of criminal sale of a controlled substance in the second degree, and criminal possession of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, we find that he was not deprived of the effective assistance of trial counsel *(see, People v Baldi,* 54 NY2d 137).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Kunzeman, Eiber and Kooper, JJ., concur.